UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Private Jet Services Group, Inc.</u>

        v.                            Civil No. 05-cv-98-JD

<u>Sky King, Inc.</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

December 6, 2006                                /s/Joseph A. DiClerico, Jr.
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge

cc:    Daniel P. Schwarz, Esq.
       Douglas B. Otto, Esq.
       Jill K. Hauff, Esq.
       William A. Staar, Esq.